In the

# United States Court of Appeals

## For the Eleventh Circuit

————————————————

No. 22-11059

————————————————

POSITANO PLACE AT NAPLES I CONDOMINIUM
ASSOCIATION, INC.,
a Florida not-for-profit Corporation,

Plaintiff-Appellee,

*versus*

EMPIRE INDEMNITY INSURANCE COMPANY,

Defendant-Appellant.

————————————————

Appeals from the United States District Court
for the Middle District of Florida
D.C. Docket No. 2:21-cv-00178-SPC-MRM

————————————————

————————————————

No. 22-10877

_____

POSITANO PLACE AT NAPLES II CONDOMINIUM
ASSOCIATION, INC.,
a Florida not-for-profit Corporation,

                                                    Plaintiff-Appellee,

*versus*

EMPIRE INDEMNITY INSURANCE COMPANY,

                                                    Defendant-Appellant.

_____

Appeals from the United States District Court
for the Middle District of Florida
D.C. Docket No. 2:21-cv-00181-SPC-MRM

_____

_____

No. 22-11060

_____

POSITANO PLACE AT NAPLES III CONDOMINIUM
ASSOCIATION, INC.,
a Florida not-for-profit Corporation,

Plaintiff-Appellee,

*versus*

EMPIRE INDEMNITY INSURANCE COMPANY,

Defendant-Appellant.

_____

Appeals from the United States District Court
for the Middle District of Florida
D.C. Docket No. 2:21-cv-00183-SPC-MRM

_____

_____

No. 22-10889

_____

POSITANO PLACE AT NAPLES IV CONDOMINIUM
ASSOCIATION, INC.,
a Florida not-for-profit Corporation,

Plaintiff-Appellee,

*versus*

EMPIRE INDEMNITY INSURANCE COMPANY,

Defendant-Appellant.

_____

Appeals from the United States District Court
for the Middle District of Florida
D.C. Docket No. 2:21-cv-00186-SPC-MRM

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued
on this date in this appeal is entered as the judgment of this Court.

Entered: October 20, 2023

For the Court: DAVID J. SMITH, Clerk of Court

ISSUED AS MANDATE:  January 16, 2024